THOMAS F. KUMMER
Nevada Bar No. 1200
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
kummert@gtlaw.com
*Counsel for Defendant Chapman Las Vegas, LLC*
*d/b/a Chapman Las Vegas Dodge Chrysler Jeep*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CALIBER AUTOMOTIVE LIQUIDATORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHAPMAN LAS VEGAS, L.L.C. d/b/a CHAPMAN LAS VEGAS DODGE CHRYSLER JEEP, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:10-cv-01897-RLH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff CALIBER AUTOMOTIVE LIQUIDATORS, INC. ("Caliber"), by and through its counsel, and Defendant CHAPMAN LAS VEGAS, L.L.C. d/b/a CHAPMAN LAS VEGAS DODGE CHRYSLER JEEP ("Chapman"), by and through its counsel, and hereby stipulate and agree that they have reached an amicable resolution of the dispute which is the subject matter of this litigation.  The Parties jointly request that this matter be dismissed with prejudice, each party to pay its own attorneys' fees and costs.

///

///

1

**IT IS SO STIPULATED:**

| **GREENBERG TAURIG LLP** | **MANNING CURTIS BRADSHAW & BREDNAR** |
|---|---|
| */s/ Thomas F. Kummer* <br> THOMAS F. KUMMER <br> Nevada Bar No. 1200 <br> Greenberg Traurig LLP <br> 3773 Howard Hughes Parkway <br> Suite 400 North <br> Las Vegas, NV 89160 <br> Telephone: (702) 792-3773 <br> Facsimile: (702) 792-9002 <br> *Counsel for Defendant Chapman Las Vegas LLC d/b/a Chapman Las Vegas Dodge Chrysler Jeep* <br><br> DATED: April 29, 2011 | */s/ David C. Castleberry* <br> DAVID C. CASTLEBERRY, ESQ. <br> 170 South Main Street, Suite 900 <br> Salt Lake City, UT 84101 <br> Telephone: (801) 363-5678 <br> Facsimile: (801) 364-5678 <br> *Counsel for Plaintiff Caliber Automotive Liquidators, Inc.* <br><br> LYSSA S. ANDERSON <br> FOX ROTHSCHILD LLP <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br> Telephone: (702) 262-6899 <br> Facsimile: (702) 597-5503 <br><br> DATED: April 29, 2011 |

## **ORDER**

GOOD CAUSE APPEARING:

**IT IS SO ORDERED** that the above captioned litigation be dismissed with prejudice, each party to pay its own attorneys' fees and costs.

DATED this __2nd__ day of __May__, 2011.

_____
UNITED STATES DISTRICT JUDGE

1  120965.010200 419,384,645LV